DINA L. SANTOS, SBN 204200
A Professional Law Corporation
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinaantos.com

Attorney for Defendant
JUSTIN PETTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  19 CR 00107 KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND WAIVER OF JUSTIN |
| | ) | PETTY'S PERSONAL APPEARANCE AND |
| vs. | ) | REQUEST FOR SENTENCING VIA VIRTUAL |
| | ) | APPEARANCE |
| JUSTIN PETTY, | ) | |
| | ) | |
| Defendant. | ) | Date:   October 16, 2023 |
| | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |

Please take notice that Defendant, JUSTIN PETTY, by and through his Counsel of record, Dina L. Santos, and counsel for the Assistant United States Attorney Jason Hitt, stipulate to Mr. Petty's request for virtual appearance at Judgment and Sentencing.  Mr. Petty is housed at Central Valley Annex Prison located approximately 4.5 hours away and Mr. Petty has made this request.

Defendant, JUSTIN PETTY, by and through his counsel of record, consents and requests to proceed with his sentencing hearing by video-teleconference (zoom).  Mr. Petty has been advised of his right to appear in person for this hearing, as well as of his right to waive his personal appearance and appear via video-teleconference.  Mr. Petty waives his right to

personally appear at his sentencing hearing on October 16, 2023, pursuant to Federal Rule of Criminal Procedure 43(c)(1)(B).

Date: October 6, 2023

                /s/ Justin Petty
                JUSTIN PETTY

I agree and consent to my Client's waiver of appearance.

Dated: October 6, 2023

                s/ Dina L. Santos
                DINA L. SANTOS
                Attorney for Defendant
                JUSTIN PETTY

Dated: October 6, 2023

                s/ Json Hitt
                JASON HITT
                Assistant United States Attorney

IT IS SO ORDERED.

Dated: October 12, 2023.

                CHIEF UNITED STATES DISTRICT JUDGE